# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

GABRIEL BERNARDINI,

    Plaintiff,

v.                                                  Case No: 5:15-cv-548-Oc-30PRL

SECURITY MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK,

    Defendant.

## ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #4) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of December, 2015.

                                        JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record